PHILIP CARPENTER, Respondent, *v.* ELMER E. HAWES, Appellant.

Reported below, 139 App. Div. 902.
(Argued September 26, 1910; decided October 4, 1910.)

MOTION to dismiss an appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 17, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an

order denying a motion for a new trial in an action to recover for services alleged to have been rendered.

The motion was made upon the ground that the appeal had been taken from the order and not from the judgment of affirmance.

*Harry Eckhard* for motion.

*John G. Pheil* opposed.

Motion granted, with costs of appeal and ten dollars costs of motion, unless the defendant within sixty days procures an amendment of the order of the Appellate Division granting leave to appeal to this court, so that it shall appear that leave was granted to appeal from the judgment instead of the order of affirmance; if such amendment shall be obtained, the defendant is given leave to amend his notice of appeal accordingly on payment of ten dollars costs.